IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-64 |
| | ) |
| DARREN DANIEL PARCHEM, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 3rd day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 1, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, July 8, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Troy Rivetti,
    Assistant United States Attorney

    Vincent Baginski, Esquire
    430 Boulevard of the Allies
    3rd floor
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation