IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-64 |
| | ) | |
| DARREN DANIEL PARCHEM, | ) | |
| Defendant. | ) | |

<u>ORDER</u>

AND NOW, this 24th day of March, 2010, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Court's Order of Judgment, imposing sentence on the instant defendant on October 17, 2008, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of 28 months incarceration."

In all other aspects, the court's sentence of October 17, 2008 shall remain in full force and effect.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons